IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CRIMINAL NO. 09-CR-30134-DRH |
| ) | |
| MIGUEL ALVAREZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

    IT IS HEREBY ORDERED that the Order of Pretrial Release issued on February 1, 2010, in the Northern District of Texas is revoked and defendant Miguel Alvarez is ordered detained pending a hearing in this Court. It is further ordered that if the defendant has at the time of this order been released from the custody of the United States Marshal Service, that he be arrested and detained pending further proceedings consistent with this Order.

/s/ David R Herndon

Chief Judge
United States District Court

Dated: February 2, 2010